BENKO *v.* HARTFORD ACCIDENT & INDEMNITY
CO. ET AL.

No. 1345, Misc.  Decided June 15, 1964.

Appellant *pro se.*

*Cornelius H. Doherty* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.